The Law Offices of Avrum J. Rosen, PLLC
Proposed Counsel to the Debtors
38 New Street
Huntington, New York 11743
Fred S. Kantrow
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT      RETURN DATE: **4/13/10**
EASTERN DISTRICT OF NEW YORK      TIME: **10:00 a.m.**
------------------------------------------------------------x
In re:

                         Chapter 11
       LENROY ORLANDO ENGLISH and      Case No. 09-79154-dte
       DIAN ENGLISH,

                      Debtors.
------------------------------------------------------------x

## NOTICE OF DEBTORS' APPLICATION TO
## VOLUNTARILY DISMISS THIS CHAPTER 11 CASE

**PLEASE TAKE NOTICE THAT** LENROY ORLANDO ENGLISH and DIAN ENGLISH, the debtors in this chapter 11 case, (the "Debtors") by and through their proposed attorneys, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Dorothy T. Eisenberg, United States Bankruptcy Judge, for the entry of an Order pursuant to section 1112 of title 11 of the United States Code (the "Bankruptcy Code") voluntarily dismissing this chapter 11 case, on **APRIL 13, 2010 at 10:00 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 760.

       **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with General Order #462, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS

text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with General Order #462, and upon (i) counsel to the Debtors, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743 with a hard copy delivered to the Chambers of the Hon. Dorothy T. Eisenberg, so as to be received by no later than 4:00 p.m. on April 6, 2010.

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time-to-time without additional notice other than said adjournment being announced in open Court.

Dated: Huntington, New York
March 24, 2010

                                                The Law Offices of Avrum J. Rosen, PLLC
                                                Proposed Attorneys for the Debtors

BY:    S/Fred S. Kantrow
           Fred S. Kantrow
           38 New Street
           Huntington, New York 11743
           631 423 8527
           Fkantrow@avrumrosenlaw.com